Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Dalar Abolian (SBN 314789)
Email: dabolian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant,
Nationstar Mortgage LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARYL KAYE STURDEVANT,<br><br>             Plaintiff,<br><br>  vs.<br><br>NATIONSTAR MORTGAGE LLC, ET AL.,<br><br>             Defendants. | No.: 2:18-CV-03223-WBS-DB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT NATIONSTAR MORTGAGE LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Honorable William B. Shubb<br>Courtroom 5<br><br>Complaint Served: Jan. 3, 2019<br>Current Deadline: Jan. 24, 2019<br>Proposed Deadline: Feb. 25, 2019 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE HONORABLE COURT:**

Plaintiff Sharyl Kaye Sturdevant ("Plaintiff") and Defendant Nationstar Mortgage LLC ("Nationstar") (jointly, the "Parties") by and through their respective counsel of record, agree and stipulate to extend the time for Nationstar to file an answer or other responsive pleading to Plaintiff's Complaint by thirty (30) days.

Good cause exists to extend Nationstar's deadline to file an answer or other responsive pleading. Nationstar needs additional time to gather its internal files and documents to review and assess the factual allegations made in the Complaint. The Parties intend to work together closely to resolve this matter amicably, and anticipate entering into settlement negotiations as soon as the aforementioned files and documents are obtained and reviewed.

As a result, the Parties agree, stipulate, and respectfully request that this Court grant Nationstar up to and including February 25, 2019, to file an answer or other responsive pleading to Plaintiff's Complaint. This extension will not prejudice the Parties or alter the date of any event or deadline already set by the Court.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT NATIONSTAR TO RESPOND TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**IT IS SO STIPULATED.**

DATED: January 9, 2019    C.O. LAW, APC

By: */s/ Clark Ovruchesky* (as authorized on 01/09/19)
      Clark Ovruchesky
      *Attorney for Plaintiff,*
      *Sharyl Kaye Sturdevant*

DATED: January 9, 2019    REED SMITH LLP

By: */s/ DalarAbolian*
      Dalar Abolian
      Abraham J. Colman
      *Attorneys for Defendant,*
      *Nationstar Mortgage LLC*

**IT IS SO ORDERED.**

Dated:  January 11, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT NATIONSTAR TO
RESPOND TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware