**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Sharyl Kaye Sturdevant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARYL KAYE STURDEVANT, <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC and TRANS UNION LLC, <br><br> **Defendants.** | Case No.: 2:18-CV-03223-WBS-DB <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ENTIRE CASE, WITH PREJUDICE** |

///

///

///

///

///

///

///

---

**STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER OF DISMISSAL**　　　　　　　PAGE 1 OF 3

Plaintiff SHARYL KAYE STURDEVANT ("PLAINTIFF") and Defendant TRANS UNION LLC ("TRANSUNION") (jointly hereinafter referred to as "the Parties"), hereby move to dismiss this entire action, with prejudice. A dismissal has already been entered with respect to the only other party named in this action – Defendant NATIONSTAR MORTGAGE LLC. *See* ECF No. 13. The Parties agree this Court can proceed to dismiss this action with prejudice, with each party to bear its own fees and costs.

Dated: May 13, 2019    Respectfully submitted,

By: */s/ Clark Ovruchesky*
Clark Ovruchesky, Esq.

Attorney for Plaintiffs
SHARYL KAYE STURDEVANT

Dated: May 13, 2019    Respectfully submitted,

By: */s/ James L. Policchio*
James L. Policchio, Esq.

Attorney for Defendant
TRANS UNION LLC

///

///

///

///

///

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: May 10, 2019              **C.O. LAW, APC**

                         By:    /s/ Clark Ovruchesky
                                  Clark Ovruchesky
                                  ATTORNEYS FOR PLAINTIFF

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED this entire case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

Dated: May 13, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE